UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNETTE L. BIEHL,

       Plaintiff,                        Case no. 14-10293
                                             Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

     Before the court is Magistrate Judge Michael Hluchaniuk's report and recommendation, filed January 28, 2015. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

     IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                                   s/John Corbett O'Meara
                                                   United States District Judge

Date: February 20, 2015

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 20, 2015, using the ECF system.

                                    s/William Barkholz
                                    Case Manager